FILED

MAY 13 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RENE PEREZ,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>DERRAL G. ADAMS, Warden,<br><br>　　　　　　　　　　Respondent. | CIV-S-04-2138 LKK GGH P<br><br>**ORDER** |

　　　　Respondent has requested a thirty (30) day extension of time in which to file a reply to Petitioner's opposition to motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including June 7, 2005, in which to file a reply to Petitioner's opposition to motion to dismiss.

　　　　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE